# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/5/2015 12:11:12 PM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12** - **15** - **00228** - **CR**

Trial Court Style:   The State of Texas vs. James Carlton Cox, III

Trial Court & County:  258th District Court, Trinity County

Trial Court No.:      10,335

Date Trial Clerk's Record Originally Due:      11-9-15

Date Court Reporter's/Recorder's Record Originally Due:      11-9-15

Anticipated Number of Pages of Record:      250

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐ either   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to pay the required fee or to make arrangements to pay the fee for preparing the record.

☐   my duties listed below preclude working on this record:

☒   Other.  I did not receive Appellant's Designation of Record until 11-2-15.  It was hand delivered to the Official Reporter, Krista Strouse, on 10-28-15.  Mrs. Stouse forwarded the Designation of Record to me on November 2, 2015.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  12-9-15 , and **I hereby request an additional   30   days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date    11-5-15                                    Signature /s/ Jerry G. Poole

   936-558-7458                                   Jerry G. Poole

____reporter145th@gmail.com

E-mail Address (if available)          Official Title:  Certified Shorthand Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                 Lead Counsel for **APPELLEE(S)**:

Name:  James F. Keegan                                   Name:

Address: 4301 Bissonnet, Apt. 48 _____ Address:

  Bellaire, Tx 77401-3223 _____

Phone no.:  713-668-4797                                 Phone no.:

Attorney for:  Appellant, Defendant              Attorney for:

Lead Counsel for **APPELLEE**                    Lead Counsel for **APPELLEE(S)**:

Name:  Bennie L. Schiro                                   Name:

Address:  P. O. Box 400                                   Address:

Groveton, TX 75845

Phone no.:  936-648-2401                                 Phone no.:

Attorney for:  Appellee, State of Texas          Attorney